IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JAMES CALVIN FRAZIER,        )
                             )
     Petitioner,             )
                             )    CIVIL ACTION NO.
     v.                      )     3:15cv569-MHT
                             )         (WO)
CYNTHIA STEWART, Warden,     )
et al.,                      )
                             )
     Respondents.            )
```

OPINION

Petitioner, a prisoner incarcerated at Staton Correctional Facility in Elmore, Alabama, filed this petition for habeas corpus relief under 28 U.S.C. § 2241. Petitioner challenged a denial of his right to a speedy trial on outstanding charges in the District Court of Lee County, Alabama, for speeding and driving under the influence. This case is before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed due to lack of subject-matter jurisdiction. There are no objections to the

recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2017.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**