IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CALVIN FRAZIER, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:15cv569-MHT |
| | ) | (WO) |
| CYNTHIA STEWART, Warden, et al., | ) | |
| | ) | |
|     Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 44) is adopted.

(2) The petition for a writ of habeas corpus (doc. no. 1) is dismissed with prejudice as this court lacks jurisdiction to consider petitioner's claims for relief.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2017.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE